UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0357 (RMU) |
| | : | |
| EDGARD B. FIELDS and | : | **FILED** |
| DAMIAN BERRY, | : | |
| | : | OCT 7 - 2005 |
| Defendant(s). | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### ORDER

It is this 7th day of October 2005,

**ORDERED** that the status hearing in the above-captioned case scheduled for October 11, 2005 is hereby **VACATED** and **RESCHEDULED** for Tuesday, October 25, 2005 at 11:45 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge