UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-357 (RMU)
:
Edgar Fields & Damien Berry :
:
Defendant(s). :

# CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 25th day of October 2005,

ORDERED that the parties file all:

Pretrial Motions\Notices    on or before  Nov. 8, 2005   ;

Oppositions                 on or before  Nov. 22, 2005  ; and

Replies                     on or before  Nov. 29, 2005  ; and it is

FURTHER ORDERED that this case be set for:

An interim status conference on  Nov. 10, 2005 , at 3:30 pm ; and

A motions hearing           on  Jan. 9, 2006  , at 1:00 pm ;

and it is

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.