UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-357 (RMU)** |
| | : | |
| **EDGAR FIELDS,** | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Upon consideration of the government's Notice of Intent to Impeach Defendant, and Motion to Admit Same, it is this _____ day of _____, 2005, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his conviction in the District of Columbia of Violating a Drug Free Zone, which is a felony (case no. F-4885-02).

_____
RICARDO M. URBINA