UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0357 (RMU) |
| EDGARD B. FIELDS and DAMIAN BERRY, | : | |
| Defendant(s). | : | |

**ORDER**

It is this _10_ day of _November_ 2005,

ORDERED that a plea/status hearing in the above-captioned case shall take place on _Jan. 9, 2006_ at _1:00_.

**SO ORDERED.**

FILED
NOV 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricardo M. Urbina
United States District Judge