UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Action No.: 05-0357 (RMU) —File |
| : | 05-0356 (RMU) |
| EDGARD B. FIELDS : | |
| Defendant(s). : | |

## ORDER

It is this 1st day of December 2005,

**ORDERED** that a hearing pursuant to 18 U.S.C. § 3148 shall take place on Tuesday, December 13, 2005 at 10:15 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge