# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EDGAR B. FIELDS | DOCKET NO: CR. 05-0357   MAGIS. NO: G J ORGINAL<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>DEC 2 0 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE AND AIDING AND ABETTING

DEFENDANT FAILED TO APPEAR BEFORE JUDGE URBINA ON DECEMBER 13, 2005, AT 10:15 A.M. FOR A HEARING REGARDING VIOLATION OF CONDITION OF RELEASE.

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION: 21 U.S.C. 841(a)(1) and 18 U.S.C. 2

BAIL FIXED BY COURT: DEFENDANT TO BE HELD WITHOUT BOND

OTHER CONDITIONS OF RELEASE:

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| JUDGE RICARD M. URBINA | | December 13, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>December 13, 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12-13-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED<br>12-20-05 | | |

1101442