UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
              v.                   :   Criminal Action No.: 05-357 (RMU)
                                   :
Egard Fields & Damien Berry,       :
                                   :
              Defendant(s).        :

**FILED**
JAN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this __9th__ day of __January__ 2005, 6

**ORDERED** that this case be set for:

A pretrial conference     on __March 2, 2006__, at __10:00 am__;

Jury selection            on _____, at _____; and

Trial                     on _____, at _____;

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge