# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY
PSA New Directions

Washington, DC 20004
Phone: (202) 220-5570 | Fax: (202) 220-5660

# Drug Status Report

Prepared: 12/19/2005   5:29:06PM   By: Leontyne Fredericks

**To:** The Honorable Ricardo M. Urbina
**From:** Leontyne Fredericks, Pretrial Services Officer
**RE:** Edgar B. Field

December 19, 2005   5:29 pm

PDID# P 468403

**Docket Number (s)**
CR05-000356

**Appearance Date (s)**
11/10/2005

Supervision Period: 10/25/05 to 12/19/05

The following information reflects the above-named defendant's substance abuse record.

| DATE | DESCRIPTION | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2005 | **Surveillance (remark)** No sample collected due to outstanding bench warrant. Defendant told to report to case manager to resolve bench warrant in CR05-000357-01, CR05-000356 on 12/19/2005. | | | | | | | | |
| 12/19/2005 | **Surveillance** | | | | *Scheduled for Testing* | | | | |
| 12/15/2005 | **Surveillance** | | | | *Did Not Report for Testing* | | | | |
| 12/12/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 12/08/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 12/05/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 12/01/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 11/28/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 11/21/2005 | **Surveillance** | | | | *Did Not Report for Testing* | | | | |
| 11/17/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 11/14/2005 | **Surveillance** | -- | Neg | -- | Neg | Neg | Neg | -- | -- |
| 11/10/2005 | **Surveillance** Laboratory review indicates test result to be residual. | -- | Neg | -- | Neg | Neg | POS | -- | Norm |
| 11/10/2005 | **Employment status during treatment** PSA verified the defendant obtained full-time employment during sanction-based treatment in CR05-000356 and CR05-000-357-01. 11/10/2005 | | | | | | | | |
| 11/07/2005 | **Surveillance** Laboratory review indicates test result to be residual. | -- | Neg | -- | Neg | Neg | POS | -- | Norm |

*continued on next page*

*Page 2*

*DRUG STATUS REPORT -- Edgar B. Field   PDID: P 468403*

| DATE | DESCRIPTION | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2005 | **Surveillance** <br> Laboratory review indicates test result to be residual. | -- | Neg | -- | Neg | Neg | POS | -- | Norm |
| 10/31/2005 | **Placement** <br> Defendant was placed in New Directions drug testing program in CR05-000357-01, CR05-000356 on 10/31/2005. | | | | | | | | |
| 10/31/2005 | **Placement** | -- | Neg | -- | Neg | Neg | POS | -- | Norm |

Defense Attorney:                                                                                           Phone Number:

*For further compliance information, please call .*

**This information is intended for use by the Court and the attorneys, and not for inclusion in the court jacket.**

Prepared: 12/19/05 5:29:06 pm By: