UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 05-356 (RMU) |
| ) | Crim. No. 05-357 (RMU) |
| EDGAR B. FIELDS, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Motion for Bond Review, and finding good cause shown, it is this ___ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Edgar B. Fields shall be released from D.C. Jail **FORTHWITH**, and placed into the High Intensity Supervision Program at the direction of Pretrial Services.

_____
The Honorable Ricardo M. Urbina

Copies to:

   Jonathan Jeffress, FPD
   Wanda Dixon, AUSA
   U.S. Marshals
   Pretrial Services