UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :   Criminal Action No.: 05-0356 (RMU)
                               :                        05-0357 = File
EDGARD FIELDS                  :
                               :   FILED
            Defendant(s).      :
                                   FEB 1 4 2006
                  **ORDER**
                                   NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

It is this 14th day of February 2006,

   **ORDERED** that a hearing on the defendant's motion to reconsider bond conditions in the above-captioned case shall take place on Thursday, February 23, 2006 at 3:00 pm.

   **SO ORDERED.**

                                   _____
                                        Ricardo M. Urbina
                                        United States District Judge