UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-357 (RMU)** |
| | : | |
| **EDGAR B. FIELDS,** | : | |
| **DAMIEN BERRY** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO EXTEND DUE DATE FOR PRETRIAL STATEMENT
AND TO CONTINUE OR CONVERT PRETRIAL CONFERENCE DATE**

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, along with Howard Katzoff on behalf of Damien Berry and Jonathan Jeffress on behalf of Edgar B. Fields jointly request that the Court extend the due date for the filing of a pretrial statement and continue the pretrial conference in this case. In support of this pleading, the parties make the following representations:

1. Mr. Fields and Mr. Berry are before the Court charged in a four count indictment with Distribution of Cocaine Base.

2. The government is in separate plea negotiations with each defendant through counsel about his respective case. The parties are hopeful that a resolution of these matters can be reached that does not involve a trial on the merits, and it does in fact appear that a disposition is imminent. Allowing the parties additional time to resolve the case before a pretrial statement is due will promote such a resolution. The parties are confident that a decision as to whether or not a resolution will occur will be made within the next three weeks.

3. No trial date has been set in this case. The pretrial conference is scheduled for March 2, 2006. If it pleases the Court, the parties would request that the pretrial statements be due on a date

after March 23, 2006, or some other date that is convenient to the Court and the parties, and that the pretrial conference be held approximately ten days after the pretrial statement is due. Alternatively, the parties would request that the Court convert the March 2, 2006 pretrial conference date to a status hearing date. In consideration of this joint request, both defendants would agree to waive their rights under the Speedy Trial Act, and would ask the Court to find that the request best serves the interests and ends of justice, and outweighs the interests of the public and the defendants in a speedy trial.

WHEREFORE, for these reasons and any other reasons as may appear to the Court, the parties request that the Court extend the date for the filing of the pretrial statement in this matter, and that the Court also continue the pretrial conference date of March 2, 2006 or alternatively convert that conference date to a status hearing.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

By: _____

WANDA J. DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4122
Washington, D.C. 20530
202/514-6997