UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-357 (RMU) |
| | : | |
| **EDGAR B. FIELDS,** | : | |
| **DAMIEN BERRY** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

After consideration of the parties' joint motion to extend due date for the pretrial statement and to continue the pretrial conference, the Court finds that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and accordingly the motion is hereby GRANTED.

IT IS SO ORDERED.

_____          _____
DATE                                                                         RICARDO M. URBINA
                                                                                        U.S. DISTRICT COURT JUDGE