UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 05-0357 (RMU)
:
EDGAR FIELDS, and  :
DAMIEN BERRY  :
:
Defendant(s).  :

**ORDER**

FILED
FEB 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 23rd day of February 2006,

ORDERED that the pretrial conference ~~hearing~~ in the above-captioned case scheduled to take place on Thursday, March 2, 2006 at 10:00 am shall be converted to a status hearing; and it is

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge