UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
              v.                 :    Criminal Action No.: 05-0356 (RMU)
                                 :                         05-0357 — File
EDGAR FIELDS,                    :
                                 :
              Defendant(s).      :

**ORDER**

FILED
MAR 2 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _2_ day of __March__ 2006,

**ORDERED** that a __status__ hearing in the above-captioned case shall take place on __March 13, 2006__ at __1:45__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge