UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

           v.                               :     Criminal Action No.: 05-356 (RMU)
                                                        05-357 — file
Edgar Fields                      :

         Defendant(s).            :     **FILED**

**ORDER**

MAR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 13th day of March 2006,

ORDERED that a _plea_ hearing in the above-captioned case shall take place on _March 23, 2006_ at _10 am_.

SO ORDERED.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge