UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0357 (RMU) |
| | : | |
| EDGAR FIELDS, | : | **FILED** |
| | : | |
| Defendant. | : | MAR 1 – 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this __1__ day of __March__ 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on __Sept. 13 2007__ at __9:45__.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge