01/15/07  18:53 FAX 202 208 7515        Federal Public Defender  → USPO PRESENTENCE    ☑001

## HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : Docket No.: <u>05-CR-357</u> | MAR 1 - 2007 |
| | : | |
| **vs.** | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| **FIELDS, Edgar B.** | : Disclosure Date: <u>December 21, 2006</u> | |

### <u>RECEIPT AND ACKNOWLEDGMENT OF</u>
### <u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)
- ( )  There are no material/factual inaccuracies therein.
- ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                          **Date**

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
- (X)  There are no material/factual inaccuracies therein.
- (X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Edgar B. Fields_  12-26-07        _____  1/18/07
**Defendant**              **Date**            **Defense Counsel**         **Date**

### <u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 04, 2007</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Gennine A. Hagar, Acting Chief
        United States Probation Officer

(N)

**Receipt and Acknowledgment**                                        **Page 2**

Thanks for giving me A chance to See my BAby Girl born. She's born on Christmas, 5:00az. I've did every thing you ask me to. I Just Hope you cAn find it in your heart to Allow me a chance to show you that you can teach old dogs new tricks.

Signed by:  *Edgar B. Fields*
                 (Defendant/Defense Attorney/AUSA)

Date:  12-26-07