UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~SEALED~~ UNSEALED

UNITED STATES OF AMERICA     :
                             :
            v.               :     Criminal Action No.: 05-357 File (RMU)
                             :
Edgar Fields          ,      :
                             :
         Defendant(s).       :

**ORDER**

FILED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 23 day of March 200 6,

**ORDERED** that a  Status  hearing in the above-captioned case shall take place on August 21, 2006 at 11:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge