UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNSEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 05-357 (RMU) |
| EDGAR B. FIELDS, et al., ) | |
| ) | UNDER SEAL |
| Defendant. ) | |

FILED
AUG 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT EDGAR FIELDS' MOTION TO CONTINUE STATUS CONFERENCE

Mr. Edgar Fields, the defendant, through undersigned counsel, respectfully submits this Motion to Continue Status Conference. By this Motion, the defense respectfully requests that the Court continue the Monday, August 21, 2006 status conference until a date on or after September 11, 2006.

In support of this Motion, defendant respectfully submits:

1. Mr. Fields has two cases pending before the Court. Both cases were resolved by a single plea agreement, with the government agreeing to dismiss Case No _____ the time of sentencing.

2. Since released on his personal recognizance in January 2006, Mr. Fields has been a model of pretrial compliance. Through his own determination and with the able assistance of the New Directions Program, Mr. Fields has made a 180 degree turnaround in his life. He has refrained from all drug use and graduated successfully from the New Directions Program.

3. A status conference is currently scheduled in this case for Monday, August 21, 2006 at 11 am. In preparation for the status conference, counsel spoke with Leontyne Fredericks,

who has handled Mr. Fields' case. Ms. Fredericks informed counsel that she would like to be present at Mr. Fields next Court date but that she will be unavailable for the next several weeks. Ms. Fredericks requested that the date be moved until sometime after the first week of September.

4. Based on the foregoing, counsel is respectfully requesting that the status conference be continued until on or after September 11, 2006, so that Ms. Fredericks will be available to report to the Court concerning Mr. Fields' progress and his compliance with the conditions of his pretrial release.

5. Undersigned counsel attempted to contact AUSA Wanda Dixon concerning the relief requested in this Motion. Ms. Dixon's voice-mail states that she will be on leave until Tuesday, August 22, 2006.

**WHEREFORE**, for the foregoing reasons, Mr. Fields respectfully moves this Honorable Court to continue the status scheduled for Monday, August 21, 2006 until sometime on or after September 11, 2006.

> Respectfully submitted,
>
> _____
> Jonathan S. Jeffress
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W.
> Suite 550
> Washington, D.C. 20001
> (202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Edgar Field's Motion to Continue Status Conference was served this 17$^h$ day of August, 2006, by hand delivery to the drop box located at the United States District courthouse supplied for serving pleadings on the United States Attorney's Office upon:

>Wanda Dixon
>Assistant United States Attorney
>555 Fourth Street, NW
>Washington, DC   20530

_____
Jonathan S. Jeffress