UNSEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 05-357 (RMU) |
| ) | SEALED |
| EDGAR B. FIELDS, et al., ) | |
| ) | |
| Defendant. ) | |

**FILED**
AUG 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's *Edgar B Fields* Motion to Continue Status Hearing, and finding good cause shown, it is this **17th** day of **August**, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the status conference is continued until **Monday, November 6**, 2006 at **10:30** (am)/pm.

_____
The Honorable Ricardo M. Urbina

Copies to:

Jonathan Jeffress, FPD
Wanda Dixon, AUSA
Pretrial Services