UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No.   05-357-01 (RMU) |
| | : | (Under Seal) |
| **EDGAR FIELDS** | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OUTSIDE OF THE TIME PERIOD REQUIRED BY THE COURT'S STANDING ORDER GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING AND NOTICE TO THE COURT THAT THE GOVERNMENT DOES NOT SEEK A DOWNWARD DEPARTURE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for leave to file outside of time period required by the Court's standing order its Memorandum In Aid Of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure.  In support of this motion, the United States proffers the following:

1. On December 21, 2006, Kathie McGill, United States Probation Officer, disclosed the draft of the Presentence Investigation Report in the above-captioned case.  The undersigned Assistant United States Attorney received the draft sometime during the week beginning Monday, December 25, 2006, and submitted the Government's receipt and acknowledgment of the report on January 2, 2007.

2. After anticipating the final Presentence Investigation Report for several weeks without receiving it, on February 7, 2007, the undersigned Assistant United States Attorney telephoned Ms. McGill and left a voice mail message inquiring as to when the final report could be expected.

3. On February 7, 2007, Ms. McGill returned the telephone call and spoke to the undersigned Assistant United States Attorney. Ms. McGill relayed that the revised version of the report was prepared on January 16, 2007, but that it was mistakenly addressed to Assistant United States Attorney Wanda J. Dixon.

4. On February 7, 2007, Ms. McGill faxed the revised version of the Presentence Investigation Report to the undersigned Assistant United States Attorney, who immediately drafted the Government's Memorandum In Aid Of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure.

5. That draft is finalized and the Government is prepared to file it with leave of the Court to file outside of the time period required by the Court's standing order.

6. The draft of the Government's Memorandum In Aid of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure has been faxed to counsel for the defendant, Jonathan Jeffress, Esq. The undersigned Assistant United States Attorney has discussed the matter with Counsel, and Counsel has no objection to the Government's filing its memorandum outside of the time period required by the Court's standing order.

**WHEREFORE**, the United States respectfully moves that the Court grant the United States leave to file its Memorandum In Aid Of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure outside of the time period required by the Court's standing order.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
EDWARD A. O'CONNELL
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
D.C. Bar No. 460-233
555 Fourth Street NW
Room 4122
Washington, DC  20530
(202) 514-6997
(fax) (202) 514-8707

*Certificate of Service*

      I HEREBY certify that a copy of the foregoing Government's Motion For Leave To File Outside Of The Time Period Required By The Court's Standing Order Government's Memorandum In Aid Of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure has been served by fax upon counsel for the defendant, Jonathan Jeffress, Esq. Assistant Federal Public Defender, 625 Indiana Avenue NW, Room 550, Washington, DC 20004, (202) 208-7515, this 7th day of February, 2007.

                                      EDWARD A. O'CONNELL
                                      Assistant United States Attorney
                                      Organized Crime and Narcotics Trafficking Section
                                      D.C. Bar No. 460-233
                                      555 Fourth Street NW
                                      Room 4122
                                      Washington, DC  20530
                                      (202) 514-6997
                                      (fax) (202) 514-8707