**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal No. 05-357-01 (RMU) |
| | : | (Under Seal) |
| EDGAR FIELDS | : | |
| Defendant. | : | |

FILED
FEB 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court upon the Motion of the United States of America for leave of the Court to file outside of the time period required by this Court's standing order, the Government's Memorandum In Aid Of Sentencing And Notice To The Court That The Government Does Not Seek A Downward Departure.

**WHEREAS**, good cause having been shown, it is **HEREBY ORDERED**, that Court's leave be **GRANTED**, and that the Government be permitted to file its Memorandum In Aid Of Sentencing And Notice To The Cour That The Government Does Not Seek A Downward Departure on **FEBRUARY 8, 2007.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE