Rape, Slaying Prompt City To Tighten Shelter Security The Washington Pos

"Certainly we've been made more aware of security. We'd be remiss not to check it after this incident," Marshall said.

D.C. police said yesterday that the calls they receive from shelters for the homeless normally reflect those made generally.

They had been called to the shelter where the slaying occurred six times since April 27, they said, but all the incidents except Sunday's were minor and did not require police attention.

5 of 5 DOCUMENTS

Copyright 1987 The Washington Post
The Washington Post

May 18, 1987, Monday, Final Edition

**SECTION:** METRO; PAGE C1

**LENGTH:** 480 words

**HEADLINE:** Guard Killed, Woman Raped at NW Shelter;
Man Arrested at City Facility for Homeless

**BYLINE:** John Lancaster, Washington Post Staff Writer

**BODY:**

A man stormed into a shelter for homeless families in Northwest Washington early yesterday and killed a guard with her gun and then sexually assaulted a woman in the apartment she shares with her three children, according to police and a city official.

The guard was identified by police as Elaine Johnson, 34, an employe of a security firm who was assigned to the city-operated shelter at 2809 15th St. NW.

Police said they arrested Edward Lane, 29, in the apartment and charged him with second-degree murder and rape.

Lane, whose address was listed as 1757 Euclid St. NW, received a gunshot wound to his right index finger that officials said occurred during the struggle with Johnson.

The main entrance to the shelter building is kept locked, but a man entered when the door was opened about 1:45 a.m. to admit a tenant, according to Byron Marshall, acting director of the D.C. Department of Human Services.

"It doesn't happen very often, but it happens," Marshall said. "It could have happened in any apartment complex."

Marshall said that when Johnson tried to stop the man, he wrestled her gun away and shot her several times in the upper body. The man then made his way to a first-floor apartment where a woman lives with her children and raped the woman at gunpoint, officials said.

Police reports yesterday did not suggest any relationship between the assailant and the victim, but a tenant in the building, a 23-year-old man who declined to give his name, said the man had met the woman about four days ago.

He said the victim told him yesterday that the man forced the children into a bedroom while he assaulted her in the living room.

The apartments at the shelter do not have telephones, and tenants rely on a pay phone in the basement to make calls. The male tenant said that when the shooting started, an- other tenant ran outside to a pay phone on the corner to summon police because the phone in the basement was not working.

Guard Killed, Woman Raped at NW Shelter;Man Arrested at City Facility fo

The tenant said that he was "lying in bed watching television" when he heard five gunshots but that he did not leave his apartment to investigate. "I'm from New York, and I'm taught to mind my own business," he said.

Marshall said the children were physically unharmed but were being "evaluated" by city social workers and will receive counseling.

Johnson, who had been employed by Executive Security since January, was taken to the MedStar unit of Washington Hospital Center, where she died at 2:27 a.m.

The shelter, a four-story brick building near the Spanish Embassy, is one of four city-operated facilities for homeless families, according to Marshall. It can house 20 families in individual apartments and provides tenants with job counseling and other services, Marshall said.

"This isn't a bad place," said a man living there with his girlfriend and their two children. "It's the outsiders that come in."

**GRAPHIC:** PHOTO, BYRON MARSHALL.

Page 2

Rape, Slaying Prompt City To Tighten Shelter Security The Washington Pos

4 of 5 DOCUMENTS

Copyright 1987 The Washington Post
The Washington Post

May 19, 1987, Tuesday, Final Edition

**SECTION:** METRO; PAGE B1

**LENGTH:** 541 words

**HEADLINE:** Rape, Slaying Prompt City To Tighten Shelter Security

**BYLINE:** Victoria Churchville, Washington Post Staff Writer

**BODY:**

City officials said yesterday they had begun security inspections and improvements at the District's shelters for the homeless after the first-ever slaying at a city-run shelter.

Officials characterized the Sunday incident, in which a security guard was killed, as the kind of tragedy that could happen at any crowded apartment house. At the same time, though, they said they will take steps to try to prevent such violence.

About 1:45 a.m. Sunday, a man stormed into a shelter for homeless families at 2809 15th St. NW, wrestled a gun from a security guard and killed her, then broke into a resident's apartment and raped her. Police arrested Edward Lane, 29, of 1757 Euclid St. NW, and charged him with second-degree murder and rape.

Slain was security guard Elaine Johnson, a 34-year-old mother of four who had been employed since January by a firm called Executive Security, which provides security services to several city shelters. The rape victim is hospitalized and undergoing psychiatric treatment, officials said.

Byron C. Marshall, acting director of the D.C. Department of Human Services, said yesterday the incident might have occurred at "any cramped apartment in any part of town" and had little to do with the building's use as a homeless shelter.

"Instead of violence at shelters . . . I think it's more of a microcosm of problems in the city," Marshall said. "The kinds of police runs made at the shelters mirror those made throughout the city. It's not something that happens all the time. We don't have murders per se in our shelters."

Marshall said that earlier in the evening, Johnson had turned Lane away from the building, which contains 23 apartments for homeless families.

But Lane managed to enter as a resident was leaving, Marshall said.

Marshall said that Lane struggled with Johnson, then allegedly shot her with her gun.

Lane then went to the rape victim's apartment, which was near the entrance, and shot the lock with Johnson's gun, Marshall said.

When the door did not open, Lane allegedly returned to Johnson's body and took her keyring and entered the apartment by using the key, according to Marshall.

City government sources said yesterday that Lane had a history of using the hallucinogen PCP, which often produces violent behavior.

The sources said, however, that Lane was not tested for drug use while at D.C. General Hospital, where he was treated for a gunshot wound in the finger that officials said occurred in the struggle with Johnson.

Officials said two armed guards will be posted around the clock at the building, where workers yesterday changed locks and installed an alarm system on the building's basement emergency exit.

Marshall said that all 12 city shelters will be inspected to see whether increased security measures are needed.

District Man Sentenced in Shelter Slaying The Washington Post January 22

3 of 5 DOCUMENTS

Copyright 1988 The Washington Post
The Washington Post

January 22, 1988, Friday, Final Edition

**SECTION:** METRO; PAGE C7

**LENGTH:** 423 words

**HEADLINE:** District Man Sentenced in Shelter Slaying

**BYLINE:** Michael York, Washington Post Staff Writer

**BODY:**

A D.C. Superior Court judge imposed a sentence of 14 1/2 years to life in prison yesterday on a Northwest man in the slaying of a security guard last May at a city-run shelter for homeless families and the attempted rape of a shelter resident.

Edwin M. Lane Jr., 30, of 1757 Euclid St. NW, told Judge Truman A. Morrison III that "it is kind of hard for me to believe I let something like this happen . . . . I'm sorry."

Assistant U.S. Attorney William Jackson said Lane entered the homeless shelter at 2809 15th St. NW after hours, wrestled a gun from the security guard and shot her five times. Lane pleaded guilty to second-degree murder while armed, first-degree burglary while armed, and assault with intent to commit rape.

The guard, Elaine Johnson, 34, died soon afterward at Washington Hospital Center. Johnson, whose four children ranged in age from 5 to 17, was addressing invitations to her oldest son's high school graduation when she was shot.

After shooting Johnson, Lane took her master room keys, walked to the room of a female acquaintance, fired Johnson's gun into the lock and entered the room, Jackson said. Lane then ordered the woman's three young children into a back room and had intercourse with the woman against her will.

Reita Pendry, an attorney for Lane, told the judge that Lane had committed the acts under the influence of PCP, a powerful hallucinogen, and she said his chronic use of the drug had rendered him psychotic.

Jackson countered that it was common for criminal defendants to admit their actions but attempt to excuse them because of their drug use.

"How many people are going to be killed in this community because somebody has voluntarily ingested drugs," Jackson said.

Judge Morrison told Lane that he had decided on a less-than-maximum sentence because Lane had no significant criminal record and because there was a possibility of rehabilitation. The maximum sentence Morrison could have imposed for the three offenses was 35 years to life.

Morrison rejected Lane's plea for leniency based on his PCP use, however, saying that if anything, the drug use was an aggravating factor.

"In the last analysis, PCP did not kill Elaine Johnson," Morrison said. "Mr. Lane did."

Her husband, Samuel Johnson, was in the courtroom when Morrison imposed the sentence, and later said the length of the prison term "was quite a shock."

"He called it a heinous and callous act, which it was, but the sentence didn't seem to measure up to the crime that was committed," Johnson said.