UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Criminal No. 05-357-01 (RMU) |
| EDGAR B. FIELDS | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO LATE FILE SENTENCING MEMORANDUM**

Edgar B. Fields, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to late file his Sentencing Memorandum.

In support of this motion, defense counsel submit the following:

1. The Final Presentence Report ("PSR") in this case was disclosed to counsel on January 16, 2007.

2. By defense counsel's calculation, defendant's Opposition was due on January 30, 2007.

3. At the time defense counsel's Memorandum was due, defense counsel was engaged in a lengthy evidentiary hearing before the Honorable Paul L. Friedman in United States v. Naegele, 05-cr-151, concerning allegations of grand jury abuse. Those proceedings concluded earlier this month.

4. In addition, Mr. Fields's mother, Sheryl Johnson, suffered a serious heart attack during the second week of February 2007. Ms. Johnson has battled serious heart problems for the last several years. See PSR ¶ 38. She was hospitalized for several days, but fortunately is

now at home recovering. During this time, counsel has deemed it more appropriate to allow Mr. Fields, who is his mother's main caretaker, to concern himself with his mother's health situation and his other responsibilities, rather than answering defense counsel's questions concerning his Sentencing Memorandum. Undersigned counsel was able to obtain the rest of the information needed for the Sentencing Memorandum from Mr. Fields in the last several days.

5. Defense counsel contacted the attorney for the Government, AUSA Edward O'Connell, about the relief requested in this Motion. The government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Fields respectfully moves this Honorable Court for leave to late file his Memorandum in Aid of Sentencing.

Respectfully submitted,

"/s/"

Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500
(202) 208-7515 (fax)