## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Criminal No. 05-357-01 (RMU)** |
| **EDGAR B. FIELDS** ) | <u>**UNDER SEAL**</u> |
| ) | |
| **Defendant.** ) | |
| _____) | |

### ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File Sentencing Memorandum, and finding good cause shown, it is this _____ day of February, 2007, hereby

**ORDERED** that the motion is **GRANTED**.

_____
THE HONORABLE RICARDO M. URBINA

cc:    Edward O'Connell, AUSA
       Jonathan S. Jeffress, AFPD