**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| EDGAR B. FIELDS, | ) Criminal No. 05-357-01 (RMU) |
| | ) **UNDER SEAL** |
| Defendant. | ) |

### ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File Sentencing Memorandum, and finding good cause shown, it is this 23rd day of February, 2007, hereby

**ORDERED** that the motion is **GRANTED**.

THE HONORABLE RICARDO M. URBINA

cc:  Edward O'Connell, AUSA
     Jonathan S. Jeffress, AFPD