UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Criminal No. 05-357-01 (RMU) |
| **EDGAR B. FIELDS,** | ) | UNDER SEAL |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF FILING

Mr. Edgar B. Fields, the defendant, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, counsel respectfully submits the attached sentencing video. The video is being provided to Chambers (2 copies), the government, and the probation officer. The video consists of interviews with Mr. Fields, his mother, and his long-time companion, Shakara Randolph. It is an effort by defense counsel to assist the Court with information relevant to Mr. Fields's "history and characteristics." 18 U.S.C. § 3553(a)(1). The running time of the video is thirteen minutes and eleven seconds (13:11).

Respectfully submitted,

"/s/"
Jonathan S. Jeffress
Counsel for Edgar B. Fields
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500, ex. 134