**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA            :
                                    :
                v.                  :        Criminal Action No.:  05-0357 (RMU)
                                    :
EDGAR FIELDS,                       :
                                    :        **FILED**
                Defendant.          :
                                             SEP 13 2007

                                             NANCY MAYER WHITTINGTON, CLERK
                        **O R D E R**        U.S. DISTRICT COURT

        It is this **13** day of **Sept** 2007,

        **ORDERED** that a **progress** hearing in the above-captioned case shall take place on

_March. 10, 2008_ at _11:30_ .

        **SO ORDERED.**


                                             _Ricardo M. Urbina_
                                             Ricardo M. Urbina
                                             United States District Judge