PROB 12A-DC
(Rev. 03/07)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

NOV 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Edgar B. Fields**     Docket No.: **CR05-357**

REQUEST FOR COURSE OF ACTION
(Issuance of a Warrant)

COMES NOW **Darryl L. Hughes**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Edgar B. Fields**, who was placed on Probation by the Honorable **Ricardo M. Urbina**, United States District Judge, sitting in the Court at Washington, D.C., on the **1st** day of **March 2007**, who fixed the period of Probation at **five (5)** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

- pay a $100 special assessment;
- submit to DNA testing;
- participate in and complete an educational/vocational skills training program;
- financial disclosure;
- firearm, explosive device, or other dangerous weapon restrictions
- participate in and successfully complete a substance abuse treatment program;
- participate in and successfully complete a mental health treatment program; and
- attend twice weekly narcotics anonymous meetings[1].

On March 23, 2006, Mr. Edgar B. Fields pled guilty to Unlawful Distribution of Cocaine Base. He was sentenced on March 1, 2007, to five years probation.

Supervision commenced on March 1, 2007, and is scheduled to expire on February 28, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Statement of Alleged Violations of Probation

1. Mr. Fields allegedly engaged in new criminal conduct, in that he was arrested by Metropolitan Police Department (MPD), and charged with Possession with Intent to Distribute Cocaine and Possession of Marijuana, Docket No. 2007 CMD 021845, on September 14, 2007. (Standard Condition)

---

[1] This condition was suspended and ordered to be executed at the discretion of the probation officer during the September 13, 2007, progress/status hearing.

FIELDS, Edgar B
Docket Number: CR 05-357
Page 2

2. Mr. Fields allegedly engaged in additional new criminal conduct, in that he was arrested by Metropolitan Police Department (MPD), and charged with Unlawful Possession of a Firearm and Ammunition of a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, Unlawful Distribution of Cannabis, Unlawful Possession with Intent to Distribute Cocaine Base, Unlawful Possession with Intent to Distribute Cannabis, and Carrying and Possessing a Firearm During a Drug Trafficking Offense, Docket No. CR 07-282, on October 14, 2007. (Standard Condition)

I declare under penalty of perjury that the forgoing is true and correct.

Executed on October 30, 2007

Darryl L. Hughes, Senior
United States Probation Officer
(202) 565-1328

Approved By:
Brian D. Shaffer, Supervising
United States Probation Officer

**Notice of Delivery To Parties:**

Edward O'Connell                Jonathan Jeffress
U.S. Attorney's Office          Federal Public Defenders Office
Washington, D.C.                Washington, D.C.