UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. <u>**Edgar B. Fields**</u>

Docket No.: <u>**CR 05-357**</u>

REQUEST FOR COURSE OF ACTION
(Issuance of a Warrant)

**FILED**

NOV 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRAYING THE COURT WILL ORDER the issuance of a Probation Warrant and a Hearing on the Violation of Probation be scheduled upon execution before the Court.

ORDER OF COURT

Considered and ordered this ___1st___ day of ___November___, 2007.

Ricardo M. Urbina
United States District Judge