UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>    v.                        )     Crim. No. 05-357 (RMU)<br>                              )<br>EDGAR B. FIELDS, et al.,      )<br>                              )<br>        Defendant.            )<br>                              ) | |

**DEFENDANT'S UNOPPOSED MOTION TO VACATE PROGRESS HEARING**

Mr. Edgar Fields, the defendant, through undersigned counsel, respectfully submits this Unopposed Motion to Vacate the Progress Hearing scheduled for **Monday, March 10, 2008**. Unfortunately, Mr. Fields has been indicted in a new case pending before the Court, Case No. 07-282 (RMU). He is currently on fugitive status in that case. Accordingly, since Mr. Fields whereabouts are unknown, the defense respectfully requests that the Court vacate the March 10, 2008 progress hearing.

The AUSA handling this case, Frederic Gallun, has stated that the government does not oppose this Motion.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Crim. No. 05-357 (RMU) |
| EDGAR B. FIELDS, et al., | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon consideration of defendant's Motion to Vacate Progress Hearing, and finding good cause shown, it is this _____ day of _____, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the March 10, 2008 Progress Hearing is **VACATED.**

_____
The Honorable Ricardo M. Urbina